UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>RICHARD EASTERLING,  )<br>  )<br>      Defendant.  )<br>_____ ) | Case No. CR02-0017-RSM-10<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATION<br>OF SUPERVISED RELEASE |

      An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 17, 2006.  The United States was represented by Assistant United States Attorney Ronald Friedman, and the defendant by Ms. Michele Shaw.  The proceedings were recorded on cassette tape.

      The defendant had been charged and convicted of Conspiracy to Distribute MDMA.  On or about August 16, 2002, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of fifty-seven (57) months in custody, followed by three (3) years of supervised release.

      The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, substance-abuse participation, consent to search and seizure, no unsupervised contact with minor children, employment subject to approval by the United States Probation Office, and financial disclosure.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATION OF SUPERVISED RELEASE
PAGE 1

01       In a Petition for Warrant or Summons dated April 27, 2006, U.S. Probation Officer
02  Michael S. Larsen asserted the following violation by defendant of the conditions of his
03  supervised release:

04       Violation No. 1:  Using marijuana on or about March 30, April 12, April 17, and
05  April 20, 2006, in violation of standard condition No. 7.

06       The defendant was advised of the allegation, and advised of his rights.  Defendant
07  admitted to the violation, and waived any rights to an evidentiary hearing as to whether it
08  occurred.

09       I therefore recommend that the Court find the defendant to have violated the terms
10  and conditions of his supervised release as to Violation No. 1, and that the Court conduct a
11  hearing limited to disposition.  A disposition hearing has been set before the Honorable
12  Ricardo S. Martinez on May 25, 2006, at 1:30 p.m.

13       Pending a final determination by the Court, the defendant has been released, subject
14  to continued supervision.

15       DATED this 17th day of May, 2006.

16

17                                                              _____
                                                                JAMES P. DONOHUE
                                                                United States Magistrate Judge
18

19  cc:    District Judge:          Honorable Ricardo S. Martinez
20         AUSA:                    Mr. Ronald Friedman
           Defendant's attorney:    Ms. Michele Shaw
21         Probation officer:       Mr. Michael S. Larsen

22

23

24

25

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATION OF SUPERVISED RELEASE
PAGE 2